No. 84–1076. TRANSCONTINENTAL GAS PIPE LINE CORP. *v.* STATE OIL AND GAS BOARD OF MISSISSIPPI ET AL. Sup. Ct. Miss. [Probable jurisdiction noted, 470 U. S. 1083.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. Motion of appellees State Oil and Gas Board of Mississippi et al. for divided argument granted. JUSTICE POWELL took no part in the consideration or decision of these motions.

No. 84–1513. CALIFORNIA *v.* CIRAOLO. Ct. App. Cal., 1st App. Dist. [Certiorari granted, 471 U. S. 1134.] Motion for appointment of counsel granted, and it is ordered that Marshall W. Krause, Esquire, of Larkspur, Cal., be appointed to serve as counsel for respondent in this case pursuant to Rule 46.6 of the Rules of this Court.

No. 84–5786. MILLER *v.* FENTON, SUPERINTENDENT, RAHWAY STATE PRISON, ET AL. C. A. 3d Cir. [Certiorari granted, 471 U. S. 1003.] Motion of petitioner for divided argument denied.

No. 84–1733. DE NARDO *v.* WILLIAMS ET AL. C. A. 9th Cir. Petition for writ of common-law certiorari denied.

No. 84–1709. IN RE BELL; and
No. 84–6671. IN RE WALDON. Petitions for writs of mandamus denied.

No. 84–1491. PHILADELPHIA NEWSPAPERS, INC., ET AL. *v.* HEPPS ET AL. Appeal from Sup. Ct. Pa. Probable jurisdiction noted.